# EXHIBIT 2

# ORDER GRANTING PRELIMINARY INJUNCTION

NATIONAL ARBITRATION FORUM

| | |
|---|---|
| CAMBRIDGE FUNDING SOURCE LLC,<br><br>*Petitioner,*<br><br>-against-<br><br>EMCO OILFIELD SERVICES LLC, EMCO ALPHA, LLC, MDT ADVISORY SERVICES, LLC, DFW PAINTING, LLC, VAST MOUNTAIN DEVELOPMENT, INC., PAINT AMERICA, LLC, and MICHAEL KIRK GALVIS,<br><br>*Respondents.* | Case No.: FA2210002017799<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

This matter is before the undersigned upon the motion for a preliminary injunction of Petitioner Cambridge Funding Source LLC ("Petitioner"). As set forth more fully herein, the undersigned finds that Petitioner's motion should be, and hereby is, granted.

On October 27, 2022, Petitioner filed its Demand for Arbitration and Statement of Claim (the "Statement of Claim") against Respondents Emco Oilfield Services, LLC, Emco Alpha, LLC, MDT Advisory Services, LLC, DFW Painting, LLC, Vast Mountain Development, Inc. ("VMD"),[1] Paint America, LLC, and Michael Kirk Galvis. At this same time, Plaintiff filed a motion for a preliminary injunction against Respondents. Plaintiff's motion was supported by its Statement of Claim, the Affidavit of Basia Gross (with exhibits), and a memorandum of law.

On November 10, 2022, an emergency participatory hearing was held. Petitioner, Respondent Galvis, and VMD appeared through counsel. A preliminary injunction hearing was scheduled for November 21, 2022.

---

[1] Petitioner agreed not to pursue injunctive relief against VMD and, therefore, this Order does not address VMD's filings and arguments.

1

On November 11, 2022, counsel for Respondents Emco Oilfield Services, LLC and Emco Alpha, LLC (together, the "Emco Respondents") contacted the arbitration forum and was thereafter included in all communications.

On November 11, 2022, the undersigned issued an Order setting a schedule for answering and reply papers in connection with Petitioner's motion for a preliminary injunction. The Order provided that Respondents were to file any answering papers by November 16, 2022, and that Petitioner was to file any reply papers that same day (subsequently this latter deadline was changed to November 17, 2022). The Order was served by email on counsel for the parties.

On November 15, 2022, Respondents Michael Kirk Galvis, MDT Advisory Services, LLC, DFW Painting, LLC, and Paint America, LLC (the "Galvis Respondents") filed an Entry of Appearance. The Galvis Respondents asserted a general denial and affirmative defenses of release and fraud. The Galvis Respondents did not provide any affidavit testimony, documents, or other supporting proof.

On November 17, 2022, Petitioner filed its reply in further support of its motion for a preliminary injunction.

On November 17, 2022 – after the deadline for serving answering papers to Petitioner's motion – the Emco Respondents filed an Opposition to Plaintiff's Second Temporary Restraining Order. The Emco Respondents did not provide any affidavit testimony, documents, or other supporting proof.

On November 20, 2022 – after the deadline for serving answer papers to Petitioner's motion – the Galvis Respondents filed an Objection to Inclusion in the Pending TRO and Proceeding (the "Objection") attaching approximately sixty (60) pages of documents.

On November 21, 2022, a hearing was held and the undersigned heard argument from counsel for Petitioner, the Galvis Respondents, and the Emco Respondents.

After consideration of argument of counsel and party submissions, the undersigned finds that Petitioner has satisfied its burden with respect to issuance of a preliminary injunction. The undersigned finds that Petitioner's motion should be granted.

Pursuant to the foregoing, it is hereby:

**ORDERED** that, pending a final hearing or until further order of the Interim Arbitrator or Arbitrator, all funds in any account of the Emco Respondents or the Galvis Respondents at Bank of America or any other bank or financial institution up to the sum of $445,052 are hereby restrained and enjoined; and it is further

**ORDERED** that, pending a final hearing or until further order of the Interim Arbitrator or Arbitrator, Bank of America (and any other bank or financial institution holding funds belonging to the Emco Respondents or the Galvis Respondents) shall, forthwith upon being served with a copy of this order, restrain all funds in and hereafter deposited into any account titled to any of the Emco Respondents or the Galvis Respondents up to the amount of $445,052.

IT IS SO ORDERED.

Dated: November 22, 2022

_____
Sherry R. Wetsch, Interim Arbitrator

3