UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMBRIDGE FUNDING SOURCE, LLC,

                *Plaintiff,*

-against-

EMCO OILFIELD SERVICES LLC;
EMCO ALPHA, LLC; MDT ADVISORY
SERVICES, LLC; DFW PAINTING, LLC;
PAINT AMERICA, LLC and
MICHAEL KIRK GALVIS,

                *Defendants.*

Case No.: 1:22-cv-10741-PAE

**AFFIDAVIT OF SERVICE
BY U.S. CERTIFIED MAIL**

---

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF ERIE        )

    JULIE M. MCCREARY, being duly sworn, deposes and says:

    I am not a party to this action, am over the age of 18 years, reside in Erie County, New York and am employed at the law firm of Wells Law P.C.;

    That on the 5th day of January, 2023, deponent served the Summons and Amended Petition to Confirm Injunction Issued by Arbitrator, with exhibits attached thereto, upon:

| | | |
|---|---|---|
| Emco Oilfield Services LLC<br>6805 Caulfield Road<br>Dallas, TX 75248 | Emco Alpha, LLC<br>6805 Caulfield Road<br>Dallas, TX 75248 | MDT Advisory Services, LLC<br>6805 Caulfield Road<br>Dallas, TX 75248 |
| DFW Painting, LLC<br>6805 Caulfield Road<br>Dallas, TX 75248 | Paint America, LLC<br>6805 Caulfield Road<br>Dallas, TX 75248 | Michael Kirk Galvis<br>6805 Caulfield Road<br>Dallas, TX 75248 |

by depositing a true copy of same enclosed in a Certified postpaid, properly-addressed wrapper, in an official depository maintained by the United States Postal Service with the State of New York.

A copy of the Return Receipt Electronic Confirmations are attached.

_____
Julie M. McCreary

Sworn to before me this
18th day of January, 2023

_____
Notary Public

AMY L. PETERSON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires August 30, 2026



January 11, 2023

Dear DFW Painting  LLC:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 1755 2688 41.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 10, 2023, 5:48 pm |
| **Location:** | DALLAS, TX 75248 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
|  | Return Receipt Electronic |
| **Recipient Name:** | DFW Painting  LLC |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004