UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMBRIDGE FUNDING SOURCE LLC,

                      Plaintiff,

        -v-

EMCO OILFIELD SERVICES LLC ET AL.,

                      Defendants.

22 Civ. 10741 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    On December 20, 2022, plaintiff filed the petition in this case. Dkt. 1. On January 10, 2023, plaintiff served defendants Emco Oilfield Services LLC and Emco Alpha LLC with process, making defendants' deadlines to answer or otherwise respond January 31, 2023. Dkts. 22–23. Defendants Emco Oilfield Services LLC and Emco Alpha LLC have not responded to the complaint or otherwise appeared in this action.

    On March 16, 2023, plaintiff proposed a Clerk's Certificate of Default, Dkt. 39, and that same day, the Clerk issued a Certificate of Default, Dkt. 41. On March 28, 2023, plaintiff moved for default judgment. Dkt. 44.

    Plaintiff's papers in support of its motion are in good order. If defendants Emco Oilfield Services LLC and Emco Alpha LLC wish to oppose the motion, their counsel shall enter notice of appearance(s) **prior to June 7, 2023**, and file an opposition on ECF, explaining why a default judgment is not warranted, by **June 14, 2023 at 5 p.m.**

Plaintiff is to serve this order and the papers in support of its motion for a default judgment on defendants Emco Oilfield Services LLC and Emco Alpha LLC forthwith and file proof of this service **no later than May 31, 2023**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 25, 2023
      New York, New York