UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMBRIDGE FUNDING SOURCE LLC,

                               Plaintiff,

-v-

EMCO OILFIELD SERVICES LLC ET AL.,

                               Defendants.

22 Civ. 10741 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 20, 2022, plaintiff filed a petition to confirm a preliminary injunction issued by an arbitrator. Dkt. 1. On December 29, 2022, plaintiff filed an amended petition. Dkt. 8. On May 30, 2023, after the Court granted several extensions, defendants DFW Painting, LLC, Michael Kirk Galvis, MDT Advisory Services, LLC, and Paint America LLC moved to, *inter alia*, vacate the preliminary injunction and to stay the underlying arbitration. Dkts. 58–60.

It is hereby ordered that plaintiff shall serve any opposition to the motion by **June 30, 2023**. DFW Painting, LLC, Michael Kirk Galvis, MDT Advisory Services, LLC, and Paint America LLC's reply, if any, shall be served by **July 21, 2023**.

SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: June 2, 2023
        New York, New York