# WELLS LAW P.C.
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: will@wellspc.com

---

July 13, 2023

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    *Cambridge Funding Source LLC v. Emco Oilfield Services LLC*, United States District Court for the Southern District of New York, Case No. 1:22-cv-10741-PAE

Dear Judge Engelmayer:

    This firm represents Petitioner Cambridge Funding Source LLC ("Petitioner") in the above-referenced action.

    On March 28, 2023, Petitioner filed a motion for default judgment against Respondents Emco Oilfield Services LLC and Emco Alpha, LLC (together "Emco"). (Doc Nos. 44-47). On March 29, 2023, the proposed default judgment was approved as to form.

    On May 25, 2023, the Court entered an Order as follows:

> Plaintiff's papers in support of its motion are in good order. If defendants Emco Oilfield Services LLC and Emco Alpha LLC wish to oppose the motion, their counsel shall enter notice of appearance(s) prior to June 7, 2023, and file an opposition on ECF, explaining why a default judgment is not warranted, by June 14, 2023 at 5 p.m.
>
> Plaintiff is to serve this order and the papers in support of its motion for a default judgment on defendants Emco Oilfield Services LLC and Emco Alpha LLC forthwith and file proof of this service no later than May 31, 2023.

(Doc. No. 56).

    On May 26, 2023, Petitioner served the Court's Order and the papers in support of its motion for default judgment on Emco and filed proof of service that same day. (Doc. No. 57). To date, counsel for Emco has not entered an appearance and Emco has not opposed Petitioner's application for a default judgment.

Petitioner, therefore, respectfully requests that the Court enter its proposed default judgment as to Emco

We appreciate the Court's consideration of this matter.

Respectfully Submitted,

/s Will Parsons

Will Parsons

On May 25, 2023, the Court ordered non-appearing respondents Emco Oilfield Services LLC and Emco Alpha LLC to file any opposition to petitioner's default motion by June 14, 2023. Dkt. 56. On May 30, 2023, several appearing respondents moved to stay the underlying arbitration and vacate a preliminary injunction issued in that arbitration. Dkt. 58. In light of this development, the Court will reserve deciding the motion for default judgment until after the appearing respondents' motion is fully briefed on August 5, 2023.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
July 13, 2023