UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMBRIDGE FUNDING SOURCE LLC,

                         Plaintiff,

-v-

EMCO OILFIELD SERVICES LLC ET AL.,

                         Defendants.

22 Civ. 10741 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the pending default motion, *see* Dkt. 44, and the deficient voluntary dismissal in this matter, *see* Dkt. 66, the Court is unable to determine whether plaintiff intends to pursue the claims in this case. The Court orders plaintiff to file a letter by July 21, 2023, apprising the Court of whether this case should be closed.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: July 18, 2023
       New York, New York