# WELLS LAW P.C.

229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: will@wellspc.com

---

July 20, 2023

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Cambridge Funding Source LLC v. Emco Oilfield Services LLC*, United States District Court for the Southern District of New York, Case No. 1:22-cv-10741-PAE

Dear Judge Engelmayer:

    Our firm represents Petitioner Cambridge Funding Source LLC ("Petitioner") in the above-referenced action. I write in response to the Court's July 18, 2023, Order, which states as follows:

> In light of the pending default motion, see Dkt. 44, and the deficient voluntary dismissal in this matter, see Dkt. 66, the Court is unable to determine whether plaintiff intends to pursue the claims in this case. The Court orders plaintiff to file a letter by July 21, 2023, apprising the Court of whether this case should be closed.

As to the deficient voluntary dismissal, Petitioner has communicated with counsel for Respondents Michael Kirk Galvis, MDT Advisory Services, LLC, DFW Painting, LLC, and Paint America, LLC (the "Galvis Respondents") regarding a corrected notice of voluntary dismissal and expects file the corrected notice on Monday, July 24, 2023.

    Upon the dismissal of the Galvis Respondents, the only remaining claim in this action will be Petitioner's claim to confirm the arbitration preliminary injunction against Respondents Emco Oilfield Service LLC and Emco Alpha LLC (the "Emco Respondents"). Petitioner has moved for a default judgment on that claim and respectfully requests that the Court enter that judgment and confirm the arbitration preliminary injunction as to the Emco Respondents. At that point, the case may be closed.

We appreciate the Court's consideration of this matter.

Respectfully Submitted,

/s Will Parsons

Will Parsons

The Court appreciates this update from the parties.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

July 20, 2023