UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

CAMBRIDGE FUNDING SOURCE LLC,

                        Petitioner,

   -v-

EMCO OILFIELD SERVICES LLC ET AL.,

                        Respondents.

22 Civ. 10741 (PAE)

ORDER

------

PAUL A. ENGELMAYER, District Judge:

On December 20, 2022, petitioner filed a petition to confirm a preliminary injunction issued by an arbitrator. Dkt. 1. On July 24, 2023, petitioner stipulated to voluntary dismissal with prejudice of the action as against several respondents. Dkt. 70. Only two respondents remain: Emco Oilfield Services LLC and Emco Alpha LLC. Neither party has appeared or otherwise participated in this action.

Proceedings to confirm an arbitrator's award or order must be "treated as akin to a motion for summary judgment." *D.H Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that petitioners shall file and serve any additional materials with which it intends to support their petition to confirm by August 8, 2023. Respondents' opposition, if any, is due on August 22, 2023. Petitioner's reply, if any, is due August 29, 2023.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 25, 2023
       New York, New York

2