UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMBRIDGE FUNDING SOURCE LLC,

                             Petitioner,

        -v-

EMCO OILFIELD SERVICES LLC, *et al.*,

                             Respondents.

22 Civ. 10741 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 9, 2023, the Court granted CFS's petition to confirm its arbitral award against Emco. Dkt. 78. As a result, there are no remaining claims to be adjudicated in this litigation. The Clerk of Court is respectfully directed to terminate all pending motions and to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 17, 2023
       New York, New York