**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CAMBRIDGE FUNDING SOURCE LLC,

                    Petitioner,                    22 **CIVIL** 10741 (PAE)

        -against-                          **JUDGMENT**

EMCO OILFIELD SERVICES LLC, et al.,

                    Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2023, On November 9, 2023, the Court granted CFS's petition to confirm its arbitral award against Emco. Dkt. 78. As a result, there are no remaining claims to be adjudicated in this litigation. Accordingly, the case is closed.

**Dated**: New York, New York
        November 20, 2023

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**